IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 1:05cr31-SPM/AK

ROMELL NATHANIEL WILLIAMS,

    Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, ROMELL NATHANIEL WILLIAMS, to Count One of the indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 15th day of November, 2005.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge